Austin W. Anderson
WATTS LAW FIRM, LLP
2506 N. Port Avenue
Corpus Christi, TX 78401
1.800.301.2823
*Attorneys for Plaintiffs,*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION** ) ) ) | MDL NO. 1699 |
| | District Judge: Charles R. Breyer |
| This Document Relates To: ) *Delia Vera Pena v. Pfizer Inc., et al.* ) (C-06-0097) ) | |
| | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| *Dale Richards v. Pfizer Inc., et al.* ) (C 06 0359) ) | |
| *Kathryn E. Adair v. Pfizer Inc., et al.* ) (3:06-cv-00360-CRB) ) | |
| *Joan H. Grimsley v. Pfizer Inc., et al.* ) (06-3164 CRB) ) | |
| *George Carey and Paula Y. Carey v. Pfizer Inc., et al.* ) (06-3165 CRB) ) | |
| *Beverly Parr v. Pfizer Inc., et al.* ) (06-3364 CRB) ) | |
| *Shelia Lynn Campbell Yuras, Individually and as Representative of the Estate of Robert Kay Carpenter, Deceased v. Pfizer Inc., et al.* ) (06-3366 CRB) ) | |
| *Esther Luther, Individually and as Representative of the Estate of Harold Luther, Deceased v. Pfizer Inc., et al.* ) (C-06-6005) ) | |
| *Ava Purkey v. Pfizer Inc., et al.* ) (C-06-6182) ) | |
| *Mary Amos v. Pfizer Inc., et al.* ) (C-06-6259) ) | |

-1-

| | |
|---|---|
| 1 | |
| 2 | *Demetra Moore, Individually and as Representative of the Estate of Robert Moore, Deceased v. Pfizer Inc., et al.* (C-06-6568 CRB) |
| 3 | |
| 4 | *Frank Alvarez, Individually and as Representative of the Estate of Mary Jo Herbel, deceased v. Merck & Co., Inc., and Pfizer Inc., et al.* (06-6930) |
| 5 | |
| 6 | |
| 7 | *Clarence McCoy v. Pfizer Inc., et al.* (C-06-7404) |
| 8 | |
| 9 | *Lottie Grixgby v. Pfizer Inc., et al.* (C-07-1039-CRB) |
| 10 | *Gerald Johns v. Pfizer Inc., et al.* (C-07-1875 CRB) |
| 11 | |
| 12 | *Mike Taylor, Individually and for the Estate of Mary Kathleen Taylor, Deceased v. Pfizer Inc. et al.* (C-07-2576 CRB) |
| 13 | |
| 14 | *Phyllis Brewer v. Pfizer Inc., et al.* (C-07-5059 CRB) |
| 15 | |

COME NOW Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Fed. R. Civ. Proc. 41(a), hereby stipulate to the dismissal of these actions **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: January 13, 2010

Austin W. Anderson
WATTS LAW FIRM, LLP
2506 N. Port Avenue
Corpus Christi, TX 78401
1.800.301.2823
*Attorneys for Plaintiffs,*

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: February 4, 2010

_(signature)_

Michelle W. Sadowsky
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
212.335.4500
*Attorneys for Defendants*

**APPROVED AND SO ORDERED.**

DATED: FEB 1 7 2010

_(signature)_

**CHARLES R. BREYER**
**UNITED STATES DISTRICT JUDGE**

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**