| | |
|---|---|
| 1 | Austin W. Anderson |
| 2 | WATTS LAW FIRM, LLP |
|   | 2506 N. Port Avenue |
|   | Corpus Christi, TX 78401 |
| 3 | 1.800.301.2823 |
|   | *Attorneys for Plaintiffs,* |
| 4 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION**

MDL NO. 1699

District Judge: Charles R. Breyer

This Document Relates To:

*Delia Vera Pena v. Pfizer Inc., et al.*
(C-06-0097)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

*Dale Richards v. Pfizer Inc., et al.*
(C 06 0359)

*Kathryn E. Adair v. Pfizer Inc., et al.*
(3:06-cv-00360-CRB)

*Joan H. Grimsley v. Pfizer Inc., et al.*
(06-3164 CRB)

*George Carey and Paula Y. Carey v. Pfizer Inc., et al.*
(06-3165 CRB)

*Beverly Parr v. Pfizer Inc., et al.*
(06-3364 CRB)

*Shelia Lynn Campbell Yuras, Individually and as Representative of the Estate of Robert Kay Carpenter, Deceased v. Pfizer Inc., et al.*
(06-3366 CRB)

*Esther Luther, Individually and as Representative of the Estate of Harold Luther, Deceased v. Pfizer Inc., et al.*
(C-06-6005)

*Ava Purkey v. Pfizer Inc., et al.*
(C-06-6182)

*Mary Amos v. Pfizer Inc., et al.*
(C-06-6259)

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| 1 | |
| 2 | *Demetra Moore, Individually and as Representative of the Estate of Robert Moore, Deceased v. Pfizer Inc., et al.* )<br>)<br>)<br>)<br>) |
| 3 | (C-06-6568 CRB) ) |
| 4 | *Frank Alvarez, Individually and as Representative of the Estate of Mary Jo Herbel, deceased v. Merck & Co., Inc., and Pfizer Inc., et al.* )<br>)<br>)<br>)<br>) |
| 5 | |
| 6 | (06-6930) ) |
| 7 | *Clarence McCoy v. Pfizer Inc., et al.* ) |
| 8 | (C-06-7404) ) |
| 9 | *Lottie Grixgby v. Pfizer Inc., et al.*<br>(C-07-1039-CRB) )<br>) |
| 10 | *Gerald Johns v. Pfizer Inc., et al.* ) |
| 11 | (C-07-1875 CRB) ) |
| 12 | *Mike Taylor, Individually and for the Estate of Mary Kathleen Taylor, Deceased v. Pfizer Inc. et al.* )<br>)<br>) |
| 13 | (C-07-2576 CRB) ) |
| 14 | *Phyllis Brewer v. Pfizer Inc., et al.*<br>(C-07-5059 CRB) )<br>) |

COME NOW Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Fed. R. Civ. Proc. 41(a), hereby stipulate to the dismissal of these actions **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: January 13, 2010

*[signature]*

Austin W. Anderson
WATTS LAW FIRM, LLP
2506 N. Port Avenue
Corpus Christi, TX 78401
1.800.301.2823
*Attorneys for Plaintiffs,*

-2-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: February 4, 2010

Michelle W. Sadowsky
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY  10020-1104
212.335.4500
*Attorneys for Defendants*

**APPROVED AND SO ORDERED.**

DATED: FEB 17 2010

**CHARLES R. BREYER**
**UNITED STATES DISTRICT JUDGE**

-3-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**